United States District Court
Southern District of Texas
**ENTERED**
October 28, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM KAUL,<br>      Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:15-CV-02712 |
| COMPANION PROPERTY AND<br>CASUALTY INSURANCE COMPANY<br>AND MILES MCCREADY,<br>      Defendants. | § § § § § | |

## ORDER GRANTING AGREED MOTION TO REMAND

Before the Court is the parties' Agreed Motion to Remand. Having considered the basis for remand, the Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that the parties' Agreed Motion to Remand is GRANTED and this action is hereby remanded to the County Court at Law No. 4 of Fort Bend County, Texas. The Clerk of this Court shall mail a certified copy of this Order to the County Clerk of Fort Bend County, Texas for entry in Cause No. 15-CCV-055662.

Signed this ___ day of OCT 2 7 2015 ___, 2015.

_____
HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE